WILLIAM E. ADAMS (BAR NO. 153330)
william.adams@saul.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

*Attorneys for Plaintiff, Tile Tech, Inc.*

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

TILE TECH, INC., a California corporation,

Plaintiff,

vs.

MBRICO, LLC, d/b/a Mbrico Tile Decks, an Iowa limited liability company; and DOES 1-5, inclusive,

Defendants.

Case No.

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR FALSE ADVERTISING, TRADE LIBEL, AND OTHER CAUSES**

**DEMAND FOR JURY TRIAL**

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Plaintiff Tile Tech, Inc. ("Tile Tech") alleges as follows:

## JURISDICTION

1. Because this civil action arises under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, and specifically 15 U.S.C. § 1125(a), this Court has jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 and 1338(b).

2. This Court has subject matter jurisdiction over Tile Tech's California unfair competition and false advertising claims pursuant to 28 U.S.C. § 1338(b), in that these claims are joined with a substantial related claim under the Lanham Act and this Court also has supplemental jurisdiction over the other state-law claims pursuant to 28 U.S.C. § 1367(a).

3. This Court has personal jurisdiction over Defendants, as, on information and belief, Defendants are doing business in California and this District, including the acts complained of herein, and are subject to the jurisdiction of this Court. On information and belief, defendant Mbrico, LLC ("Mbrico") actively offers for sale and sells goods/services competing with Plaintiff's goods/services that are the subject of this action, within the state of California and this District, to California customers. In fact, Mbrico regularly attends Architecture & Design trade shows in California, including in 2026. Mbrico also publicly states on its website that its paver systems are used in hospitality, multifamily, and residential applications "nationwide" that it provides services in Los Angeles and has completed projects elsewhere in California. Indeed, its current project gallery identifies installations across numerous states, including California.

4. By deliberately naming Tile Tech, Inc. in Mbrico's advertising available through Mbrico's interactive website located at www.mbricotiledecks.com and accessible in California – that contains false and disparaging content relating to Tile Tech – Mbrico attempts to, and on information and belief has succeeded, in diverting current and prospective customers away from Tile Tech, Inc. and to Mbrico, including customers located in California. Indeed, Mbrico routinely

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

distributes commercial advertising directly to persons located in California. On information and belief, Tile Tech's California customers and prospective customers have been exposed to the challenged advertising. In addition, Mbrico has purposely and willfully directed its false and disparaging statements alleged herein at the State of California, and to customers and consumers located in California and this District, with the knowledge that Tile Tech, Inc. is a California resident and that the actions alleged herein have caused damage and will continue to cause damage within the State of California. By transacting business with customers in California, and by using the goodwill and reputation owned by Tile Tech, Inc. to unfairly compete, in this District, Mbrico has purposely availed itself of the privilege of conducting business in California and this judicial district and has established sufficient contacts with the State of California such that it is subject to the personal jurisdiction of this Court and is amenable to service of process pursuant to California long-arm statute, Cal. Code of Civ. Procedure § 410.10.

## VENUE

5. Venue in this district is proper pursuant to the provisions of 28 U.S.C. § 1391.

## THE PARTIES

6. Plaintiff Tile Tech, Inc. ("Tile Tech" or "Plaintiff") is a California corporation, with its principal place of business located at 6025 Scott Way, Commerce, CA 90040.

7. On information and belief, defendant Mbrico, LLC ("Mbrico") is an Iowa limited liability company with its principal place of business located at 2931 Lundy Lane, Bettendorf, IA 52722.

8. The true names and capacities of defendants sued herein as DOES 1-5, inclusive, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when the same are ascertained. The defendants Mbrico and DOES 1-5

are sometimes collectively referred to herein as "Defendants."

9. Plaintiff is informed and believes and thereupon alleges that at all times relevant herein, and each of the Defendants, were the agents and/or employees of one or more of the other defendants, were acting within the course and scope of said agency and/or employment, and that each defendant has aided and assisted one or more of the other defendants in committing the wrongful acts alleged herein.

10. Plaintiff is informed and believes and thereupon alleges that defendants, and each of them, conspired and agreed among themselves to do the acts complained of herein and were, in doing the acts complained of herein, acting pursuant to said conspiracy, and that each defendant sued herein is jointly and severally responsible and liable to Plaintiff for the damages alleged herein.

## MATERIAL ALLEGATIONS

### Plaintiff's Tile and Decking Business

11. Since 2003, Tile Tech, including through its predecessor entities, has been engaged in the development, production, and sales of pavers and various accessories therefor, including, without limitation, pedestals and trays.

12. Tile Tech is an innovative and highly successful creator, distributor, and seller of pavers and related accessories. Through its extensive advertising and promotion nationwide, together with the quality of its goods and services, Tile Tech has garnered an enviable and national reputation for such goods and services. Indeed, Tile Tech has supplied its pavers and accessories for in excess of 23,000 projects, including numerous world-famous hotels, large commercial and residential building projects, and government projects.

13. Tile Tech devotes extensive time and resources to promoting and preserving its image and identity, and the image and identity of its high-quality products and services. That includes, without limitation, creating distinctive designs and inventions for its products, including by seeking U.S. trademark and patent registrations for its marks and inventions, and by taking all steps necessary to

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

preserve and protect its reputation and intellectual property. These steps include regularly policing in the marketplace to determine whether others are infringing Tile Tech's marks or otherwise degrading Tile Tech's goodwill.

**The Defendants and Their Wrongful Conduct**

14. Defendant Mbrico is a direct competitor of Tile Tech in the paver and paver accessory market that is trying to expand its market share in the U.S. market generally and, more specifically, in California.

15. Mbrico at one-time placed photographs of Tile Tech products on Mbrico's website, which demonstrates its strong familiarity with Tile Tech's products.

16. Unfortunately, rather than relying on the quality of its products and hard work to increase its market share, Defendant Mbrico chose instead to mischaracterize and malign Plaintiff's products and services in connection with the sale of its goods. That, however, is not a permitted means of competition.

17. By way of example only, and without limitation, Defendants published a comparative advertising page on Mbrico's website located at <www.mbricotiledecks.com> and attached hereto as **Exhibit 1** (the "Comparative Ad"), depicting Tile Tech's products and containing the following material false and/or misleading statements with respect thereto in interstate commerce:

a. with respect to Tile Tech's paver trays, derogatively referred to "'MilkCrate'" Paver Trays, that one "Still ha[s] to install tile AFTER installing trays";

b. with respect to Tile Tech's paver system, using the heading "Non-Reinforced Pavers on Pedestals"; and

c. with reference to Tile Tech's "IPE/Wood, Pavers on Pedestals," that these pedestal systems are "Not High-Wind Resistant".

/ / /

/ / /

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

18. On September 12, 2023, upon discovering these false and misleading representations, Tile Tech sent a demand letter to Mbrico informing Mbrico of its false statements and demanding, among other things, that they be retracted.

19. Thereafter, Mbrico took down the Comparative Ad and later published other advertising pages on its website located at <www.mbricotiledecks.com>, this time in many instances naming Tile Tech by name, on which Mbrico makes numerous other false and misleading statements (the "Second Comparative Ad"). Specifically, the Second Comparative Ad is comprised of numerous webpages on the website, including the pages attached as **Exhibit 2** hereto, which contain numerous material false and/or misleading statements in interstate commerce, *e.g.*, by falsely stating that it "offers a fully transferable lifetime warranty" despite the warranty providing a much more narrow scope of coverage.

20. In addition, in the Second Comparative Ad, Mbrico describes Tile Tech as though the company offers only loose, gravity-held, independent units, while omitting Tile Tech's multiple secured system offerings. For example, Tile Tech's Hex-Tray™ system uses adhesive bonding[1] in combination with mechanical trays and corner connections; Tile Tech's IPE system utilizes mechanical locks to affix the tiles directly to pedestals without a separate tray or adhesive; and Tile Tech's Turf-Tray™ assemblies are also secured to the pedestal network. Mbrico then uses the incomplete description to support a broad superiority narrative. Indeed, from that narrative, consumers are deceived into believing that Tile Tech's offerings are limited to loose tiles with their corners resting on pedestals. That is false.

21. On information and belief, Mbrico copied substantially from one of Tile Tech's specifically commissioned Product Masterspec and placed the copied

[1] Notably, although the Second Comparative Ad presents Mbrico's system as mechanically integrated and criticizes adhesive dependence in competing systems, Mbrico's system also utilizes an adhesive as explained in detail below. This, too, is misleading.

specification on Mbrico's website.[2] Ironically, the Tile Tech Product Masterspec discusses Tile Tech's Hex-Tray™ system, IPE system, and Turf-Tray™ assemblies. Notably, the photos copied by Mbrico from Tile Tech described in Tile Tech's September 12, 2023 demand letter depict these very offerings. These facts support the conclusion that Mbrico made the complained of false statements knowingly and in bad faith or was otherwise willfully blind of the true facts.

22. Further in the Second Comparative Ad, Mbrico repeatedly represents to architects, builders, developers, and purchasers that its rooftop pedestal system is "Miami-Dade Tested and Approved." Mbrico's purported substantiation at the link provided is not a Miami-Dade Notice of Acceptance. Rather, the evaluation report appears to be a privately commissioned engineer-prepared evaluation report concerning testing conducted at Florida International University and prepared under a Florida Building Code evaluation method. The evaluation report contains no Miami-Dade NOA number, approval status, issuance date, expiration date, HVHZ designation, or county approval documentation. A search of Miami-Dade County's current Product Control applicant database does not identify Mbrico, Mbrico LLC, Mbrico Tile Decks, or its apparent predecessor name as an applicant.

23. Additionally, Mbrico publicly represents on its website located at <www.mbricotiledecks.com>, that its reinforced porcelain surface for joist-framed systems is installed "without clips, adhesives, or grout" and that no adhesives are "required at any stage." Yet on the same website, both Mbrico's published installation video instructions and its written installation instructions direct installers in Steps 8, 17, and 21 to apply Mbrico provided adhesive onto the tile/track corners.

---

[2] These Mbrico-hosted Word files contain hidden ARCOM commentary naming Tile Tech and describing Hex-Tray, Hybrid pedestals, IPE Deck Tiles, Turf Trays, Plant Trays, and Tile Tech technical links. The file metadata identifies ARCOM, Inc. as author and Lukas DeWitt as the individual who last saved the file before Mbrico hosted it.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Elsewhere on Mbrico's website, a separate set of installation instructions for Mbrico's joist-framed deck system includes Step 8 which expressly requires a "quarter-sized dab of provided adhesive" and Step 12 which repeats that adhesive requirement. Both of these pages on Mbrico's website are attached hereto as **Exhibit 3**.

24. The false/misleading advertising statements made in the Initial Comparative Ad and Second Comparative Ad (repeated in its other advertising materials and webpages) (collectively, the "Comparative Ads") are calculated by Defendants to illegitimately influence potential customers' purchasing decisions – all to Tile Tech's (and the public's) detriment. By way of example only, the Comparative Ads are already appearing when conducting broad recommendation searches on Google or other search engines. Such search results are particularly damaging because an AI engine answering a prompt such as "What are the best pedestal pavers for rooftops and elevated decks?" will retrieve Mbrico's comparison page and learn about Tile Tech's offerings through Mbrico's mischaracterizations, rather than from Tile Tech's own evidence.

25. Defendants made the statements in the Comparative Ads despite knowing full well that they were libelous, false and/or deceptively misleading. In addition, Defendants made these statements with the intent to damage Tile Tech's professional reputation and to disrupt and interfere with existing business relationships with its customers, and to divert Tile Tech's current and prospective customers away from Tile Tech and to Mbrico.

26. As a result, Tile Tech has suffered, and will continue to suffer harm, by, for example, lessening of the good will associated with Tile Tech's products, including damages.

/ / /

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## FIRST CLAIM FOR RELIEF

**(False Advertising – Violation of 15 U.S.C. § 1125(a)**

(Against All Defendants)

27. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 26 as though fully set forth herein.

28. Defendants engaged in commercial advertising in interstate commerce across the United States, including in connection with the Comparative Ads and Mbrico webpages appearing on Mbrico's nationally accessible website located at <www.mbricotiledecks.com>.

29. Defendants' advertisements made in commercial advertising and/or promotion contain false and misleading statements of fact concerning Tile Tech's goods and commercial activities, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Those representations are material; they are likely to influence the purchasing decision of a substantial number of reasonable consumers; those misrepresentations actually deceive or, at a minimum, have the tendency to deceive a substantial segment of the reasonable consumer audience; and, Tile Tech has been injured, and in the future is likely to continue to be injured, as a result of the misrepresentations, by the direct diversion of customers from Tile Tech to Defendants and/or by a lessening of the goodwill associated with Tile Tech's goods and services.

30. As a direct and proximate result, Tile Tech has suffered injury and harm and will continue to suffer such harm, including money damages, the exact amount of which Tile Tech will prove at trial.

31. Tile Tech is informed and believes that Defendants' false and misleading advertising is willful.

32. Tile Tech has no adequate remedy at law with respect to Defendants' future false and misleading commercial advertising precisely because Tile Tech is informed and believes that Defendants will continue in their same course of conduct

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

unless and until they have been restrained by an order of this Court.

**SECOND CLAIM FOR RELIEF**

**(Violation of California Business and Professions Code §17500)**

(Against All Defendants)

33. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 26, 28 as though fully set forth herein.

34. Defendants' conduct constitutes false advertising pursuant to the provisions of Business & Professions Code § 17500.

35. As a direct and proximate result, Tile Tech has suffered injury and harm and will continue to suffer injury and harm by the direct diversion of customers from Tile Tech to Defendants and/or by a lessening of the goodwill associated with Tile Tech's goods and services.

36. Tile Tech has no adequate remedy at law with respect to Defendants' future false and misleading commercial advertising precisely because Tile Tech is informed and believes that Defendants will continue in their same course of conduct unless and until they have been restrained by an order of this Court.

**THIRD CLAIM FOR RELIEF**

**(California Common Law Unfair Competition)**

(Against All Defendants)

37. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 26, 28 as though fully set forth herein.

38. This claim arises under the common law of the State of California relating to unfair competition.

39. Defendants' unauthorized activities as alleged herein constitute unfair competition, and are likely to illegitimately harm Tile Tech's competitive position in the marketplace.

40. Defendants have thus committed unfair competition under the common law of the State of California.

41. Upon information and belief, said activities of Defendants alleged herein were and are willful and intentional acts of unfair competition.

42. As a direct and proximate result, Tile Tech has suffered injury and harm and will continue to suffer such harm, including money damages, the amount of which Tile Tech will prove at trial.

43. Tile Tech has no adequate remedy at law. Thus, said activities of Defendants have caused and, if not enjoined, will continue to cause irreparable harm and damage to the rights of Tile Tech in its business reputation and good will.

44. Upon information and belief, Defendants have engaged in their unlawful conduct alleged herein intentionally, maliciously, fraudulently and oppressively, entitling Tile Tech to punitive and exemplary damages in an amount to be determined at trial.

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

## FOURTH CLAIM FOR RELIEF

**(Trade Libel)**

(Against All Defendants)

45. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 16, 19 through 26, 28 as though fully set forth herein.

46. By virtue of Defendants' false and misleading statements as set forth above, including those statements made in the Comparative Ads, Defendants have engaged in the intentional disparagement of Tile Tech.

47. As a direct and proximate result of all of Defendants' false and misleading statements as set forth above, which disparaged and continued to disparage Tile Tech's reputation, Tile Tech has suffered monetary damages in an amount presently unknown, which will be proved at trial.

48. Defendants' conduct constitutes an intentional misrepresentation and false, defamatory statements, all with the intention of causing injury to Tile Tech, and is oppressive, fraudulent and malicious conduct as defined in California Civil Code §3294. Accordingly, Tile Tech should recover, in addition to its actual

damages, exemplary and punitive damages according to proof.

**FIFTH CLAIM FOR RELIEF**

**(Negligent Interference with Economic Advantage)**

(Against All Defendants)

49. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 16, 19 through 26, 28 as though fully set forth herein.

50. In light of Tile Tech's long-standing and ongoing sales made to various customers nationwide that have had access to and have viewed the Comparative Ads, Tile Tech has continuing economic relationships with such Tile Tech clients containing the probability of future economic benefit to Tile Tech.

51. Defendants were well aware of the existence of the afore-described relationships.

52. Defendants' afore-alleged negligent acts, including, without limitation, the publishing of the Comparative Ads, were designed to disrupt, and on information and belief did disrupt, Tile Tech's economic relationships with Tile Tech's customers. The likelihood of disruption was inevitable and calculated, and therefore foreseeable.

53. As a direct and proximate result, Tile Tech has suffered injury and harm in an amount to be proven at trial.

54. Upon information and belief, Defendants have engaged in their unlawful conduct alleged herein intentionally, maliciously, fraudulently and oppressively, entitling Tile Tech to punitive and exemplary damages in an amount to be determined at trial.

/ / /

/ / /

/ / /

/ / /

/ / /

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## SIXTH CLAIM FOR RELIEF

**(California Statutory Unfair Competition –**
**California Bus. & Prof. Code § 17200, *et seq.*)**

(Against All Defendants)

55. Tile Tech repeats and re-alleges each and every allegation of the preceding paragraphs 1 through 25, 28, 29, 34, 38-41, 46 and 50-52, as though fully set forth herein.

56. By reason of the foregoing, and other such activities, including, without limitation, false/misleading statements made as to other competitors in the Comparative Ads, Defendants have been, and are, engaged in "unlawful, unfair or fraudulent business act[s] or practice[s]" and/or "unfair, deceptive, untrue or misleading advertising" in violation of California Business and Professions Code Section 17200 *et seq*.

57. Thus, said activities of Defendants have caused and, if not enjoined, will continue to cause irreparable harm and damage to the rights of Tile Tech in its business reputation and good will and to the public at large. Said activities of Defendants have caused and, if not enjoined, will continue to cause irreparable harm and damage by disrupting Tile Tech's economic relationships with its customers and prospective customers. Defendants' acts have damaged and will continue to damage Tile Tech in the public irreparably. Tile Tech has no adequate remedy at law for these wrongs and injuries. The damage to Tile Tech includes harm to its goodwill and reputation in the marketplace that money alone cannot compensate. Accordingly, Tile Tech is entitled to a preliminary and permanent injunction restraining and enjoining Defendants and their agents, servants, and employees, and all persons acting thereunder, in concert with, or on their behalf, from continuing to violate Tile Tech's rights as alleged and from damaging the public. Tile Tech is further entitled to recover its costs and, in accordance with Cal. Code of Civ. P. § 1021.5, attorneys' fees incurred in bringing and prosecuting this action.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1. For entry of judgment in favor of Tile Tech on all counts in this Complaint;

2. A judicial determination that the following assertions are false and/or deceptively misleading: (a) that Mbrico's paver system is "Miami-Dade Tested and Approved"; (b) that Mbrico "offers a fully transferable lifetime warranty"; (c) the suggestion that Tile Tech offers only loose, gravity-held, independent units, while omitting Tile Tech's multiple secured system offerings; (d) that Mbrico's reinforced porcelain surface for joist-framed systems is installed "without clips, adhesives, or grout" and that no adhesives are "required at any stage"; and (e) for such ancillary orders and decrees as may be necessary to implement, effectuate, carry out, and enforce said judicial determinations;

3. For a finding that Defendants' conduct constitutes an exceptional case, such that Tile Tech is entitled to an award of attorneys' fees, costs and expenses;

4. Preliminary and permanently enjoin and restrain Defendants, their agents, servants, employees, successors, licensees, subsidiaries, transferees, representatives, and assignees, and all those in active concert or participation with them, from:

a. Claiming that Mbrico's paver system is "Miami-Dade Tested and Approved";

b. Unqualifiedly claiming that Mbrico "offers a fully transferable lifetime warranty";

c. Suggesting that Tile Tech offers only loose, gravity-held, independent units, while omitting Tile Tech's multiple secured system offerings;

d. Claiming that Mbrico's reinforced porcelain surface for joist-framed systems is installed "without clips, adhesives, or grout"

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

and that no adhesives are "required at any stage";

e. Unfairly competing with Tile Tech;

f. Interfering with Tile Tech's business or its relationships with its customers, clients or prospective customers or clients; and

g. Making false, misleading and/or disparaging statements or comments to anyone regarding Tile Tech or any of its products, services, employees, officers, or principals, including, without limitation, stating or suggesting to Tile Tech's clients or members of the public that Tile Tech goods/services are inferior to Defendants;

5. Adjudge that each of the Defendants, by virtue of the deceptive, wrongful, false and/or misleading statements and actions, have violated Tile Tech's rights under 15 U.S.C. § 1125(a)(1)(B), under California state law, under common law, and that they have done so willfully and for the purpose of violating Tile Tech's rights and damaging Tile Tech's goodwill and reputation;

6. That Defendants be directed to file with the Court and serve on Plaintiff, within thirty (30) days after entry of a final injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

7. Direct Defendants to pay Plaintiff's attorneys' fees and costs incurred in initiating and prosecuting this action;

8. For general and specific damages according to proof at time of trial;

9. For interest as allowed by law;

10. For permanent injunctive relief against Defendants pursuant to 15 U.S.C. §1116, California Business Professions Code § 17203, and the common law;

11. For the recovery of Defendants' illegal and unjust profits;

12. For three times Tile Tech's actual money damages;

13. Direct Defendants to pay the costs of corrective advertising;

14. Direct Defendants to pay punitive damages and exemplary damages according to proof; and

15. For such other and further relief as this Court may deem just and proper.

DATED: August 21, 2026 SAUL EWING LLP

By: *Mark B. Mizrahi*
MARK B. MIZRAHI
WILLIAM E. ADAMS
Attorneys for Plaintiff, Tile Tech, Inc.

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands and requests a trial by jury of all issues raised that are triable by jury

DATED: August 21, 2026

SAUL EWING LLP

By: */s/ Mark B. Mizrahi*
MARK B. MIZRAHI
WILLIAM E. ADAMS
Attorneys for Plaintiff, Tile Tech, Inc.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# EXHIBIT 1

MBRICO

# The Rooftop Report

| | MBRICO | Plastic (Milk Crate) Paver Trays | Peel and Stick Backers | Concrete Pavers on Pedestals | IPE/ Wood Pavers on Pedestals | Metal Paver Trays/ Backers | Non-reinforced Porcelain Pavers on Pedestals |
|---|---|---|---|---|---|---|---|
| Shatter/Collapse Proof | ✓ | ✓ | | | ✓ | ✓ | |
| High Wind/ Hurricane Resistant | ✓ | ✓ | | ✓ | | | |
| Shift and Wobble Proof | ✓ | ✓ | | | | | |
| Perfectly Straight and Even Spacing | ✓ | ✓ | | | | | |
| Zero Lippage or Uneven Edges | ✓ | | | | | | |
| No Backing Application on Site | ✓ | | | ✓ | ✓ | | ✓ |
| Corrosion/ Rust/ Oxidization Proof | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Mold and Mildew Proof | ✓ | ✓ | ✓ | | | ✓ | ✓ |
| Stain Resistant | ✓ | ✓ | ✓ | | | ✓ | ✓ |
| Eco-Friendly (LEED Certified) | ✓ | | ✓ | | | ✓ | ✓ |
| No Sealing or Staining EVER! | ✓ | ✓ | ✓ | | | ✓ | ✓ |
| 65 + Color Options | ✓ | ✓ | ✓ | | | ✓ | ✓ |
| Lifetime Warranty | ✓ | | | | | | |
| No Time Loss for Glue to Cure | ✓ | | | ✓ | ✓ | | ✓ |
| Sold as Complete Kit | ✓ | | | ✓ | ✓ | ✓ | |
| Reduced Installation Time | ✓ | | | | ✓ | | |
| Factory–Trained Installers | ✓ | | | | | | |
| Turn-Key Installation Available | ✓ | | | | | | |
| Adhesive is Factory Quality-Controlled | ✓ | | | | | | |

# Mbrico's Rooftop Pedestal System is the distinguished choice.

In terms of safety, longevity, variety, simplicity of installation, spacing, leveling, environmental friendliness, and lifetime warranty.

**Installation Comparison Video- Mbrico vs. Concrete Pavers on Pedestals**




## The *Others* Out There



**Plastic**

**"MilkCrate"**

**Paver**

**Trays**

Constantly need to check leveling during installation.

Still have to install tile AFTER installing trays.



**Non-**

**Reinforced**

**Pavers on**

**Pedestals**

Not Shatter/Collapse Proof.

Not High-Wind Resistant.



**IPE/Wood**

**Pavers on**

**Pedestals**

Not High-Wind Resistant.

Can Shift and



**Metal Paver**

**Trays/**

**Backers**

Not High-Wind Resistant.

Can Shift and Wobble.

| | | | |
|---|---|---|---|
| | | Wobble. | Not Self-Spacing. |
| Have to wait for glue to cure on-site. | Can Shift and Wobble. | Not Self-Spacing. | Have to apply backing on-site. |
| Lots of moving pieces. | Not Self-Spacing. | Can Mold, Mildew, and Stain. | Can Rust/Oxidize/ Corrode. |
| Not a green product. | Uneven edges/lippage. | Have to stain and seal. | No Lifetime Warranty. |
| No Lifetime Warranty | No Lifetime Warranty. | No Lifetime Warranty | |

MBRICO, 2230 E Le Claire Rd, Eldridge, IA 52748, United States, 844-449-9214

Unsubscribe Manage preferences

Visit Mbrico Website- Learn More!

# EXHIBIT 2

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

# MBRICO VS TILE TECH: ENGINEERED DECK SYSTEM VS PEDESTAL PAVERS FOR ROOFTOPS AND ELEVATED DECKS

MBRICO VS TILE TECH: ENGINEERED DECK SYSTEM VS PEDESTAL PAVERS FOR ROOFTOPS AND ELEVATED DECKS

April 15, 2026

What architects and builders need to understand before specifying a rooftop or elevated deck system.

---

## The Core Difference: Surface vs System

At a glance, both Mbrico and Tile Tech appear to offer porcelain solutions for elevated decks and rooftops.

They do not.

The real comparison is not brand vs brand. It is **engineered system vs surface-level placement**.

- **Mbrico** is a fully integrated deck and pedestal paver system
- **Tile Tech** is a pedestal paver placement system

This distinction drives everything that follows.

---







(https://mbricotiledecks.com/applications/)

Joist Frame & Rooftop Pedestal System Details | Mbrico

# What Mbrico Is

Mbrico is an **engineered porcelain deck system** designed to function as a single, mechanically integrated structure for joist frame and rooftop pedestal applications.

**Key characteristics:**

- Patented track system with tongue-and-groove interlock
- Mechanically fastened tiles, not loose-laid
- Zero lateral movement and no independent tile shifting
- Designed load distribution across the entire system
- Built for long-term structural performance

This is not a collection of parts. It is a **complete assembly designed to perform as one unit over decades**.

Read More: How Mbrico Tile Decks Differ From Traditional Decking (https://mbricotiledecks.com/2026/02/09/how-mbrico-tile-decks-differ-from-traditional-decking/)

# What Tile Tech Is

Tile Tech primarily offers **pedestal-supported paver systems**.

**Key characteristics:**

- Individual pavers placed on adjustable pedestals
- Gravity-held system with no mechanical fastening
- Each tile acts independently
- Relies on weight and spacing for stability
- Widely used across rooftop applications

This approach is common in the industry because it is flexible and easy to install.

It is also where most long-term issues originate.

---

# Stability and Movement

**Mbrico:**

- Tiles are locked into place
- No rocking, wobble, or independent movement
- Eliminates lippage over time
- Maintains a consistent walking surface

**Tile Tech:**

- Tiles rest on corner pedestals
- Movement can occur under foot traffic
- Susceptible to rocking and shifting
- Lippage can develop as pedestals settle or surfaces wear

For rooftop amenities, hospitality, and multifamily applications, this difference is immediately noticeable.



(https://mbricotiledecks.com/inspiration/luxury-waterfront-estate-florida/)

Luxury Waterfront Rooftop | Florida

---

## Wind Uplift Performance

This is one of the most critical differences for rooftop specification.

**Mbrico:**

- Mechanically fastened system on rooftop pedestals (https://mbricotiledecks.com/applications/flat-roofs-raised-floors/)
- Tested under extreme wind conditions
- Designed to resist uplift as a unified structure
- Suitable for high-wind regions including coastal zones

- Miami-Dade Tested and Approved (https://mbricotiledecks.com/wp-content/uploads/2026/02/Mbrico-Tile-Wind-Uplift-System-Engineer-Stamped-Evaluation-Report.pdf)

**Tile Tech:**

- Relies on paver weight to resist uplift
- May require perimeter restraints or adhesives in high-wind zones
- Performance depends on system configuration and added measures

If the project requires **Miami-Dade NOA-level performance or similar wind testing**, system design becomes non-negotiable.

---

# Load Distribution and Structural Integrity

**Mbrico:**

- Load is distributed through the track system
- Not concentrated at pedestal
- Reduces stress on individual tiles and substrate
- Rated for high-load applications (up to 4,500 lbs per tile (https://mbricotiledecks.com/wp-content/uploads/2025/12/Mbrico-Deck-Tile-Technical-Data.pdf))

**Tile Tech:**

- Load is concentrated at pedestal contact points
- Each tile carries its own load independently
- Increased risk of cracking under point loads

For commercial projects with furniture, planters, or high occupancy, this becomes a major factor.

Read More: Why Architects Love Mbrico Tile Decks (https://mbricotiledecks.com/2026/02/09/why-architects-love-mbrico-tile-decks/)

---

# Drainage and Water Management

Both systems allow water to pass through the surface.

The difference is how controlled that process is.

**Mbrico:**

- Integrated spacing designed into the system
- Controlled, consistent drainage paths
- Reduced risk of misalignment affecting flow

**Tile Tech:**

- Open gaps between pavers
- Drainage depends on placement consistency
- More variability across the installation

---

## Long-Term Maintenance

**Mbrico:**

- Minimal maintenance requirements
- No shifting tiles to reset
- No pedestal adjustments over time
- System remains fixed and stable

**Tile Tech:**

- Periodic adjustments may be required
- Pedestals can shift or settle
- Tiles may need to be lifted and reset

---



(https://mbricotiledecks.com/inspiration/point-of-view-apartments-draper-ut/)

Point of View Apartments | Draper, UT

# Installation Philosophy

**Mbrico:**

- Efficient tongue and groove installation process
- Pedestal system installs up to 30% faster with experienced crews
- Results in a permanent, engineered assembly

**Tile Tech:**

- Familiar with general crews
- Easier for general crews to deploy
- Less system dependency

---

# Aesthetic and Design Consistency

**Mbrico:**

- Uniform spacing and alignment
- No drift over time
- Clean, architectural finish
- One-of-one aestethic
- Look will not fade over time

**Tile Tech:**

- Appearance depends heavily on install precision
- Potential for misalignment or shifting
- Visual inconsistencies can develop

For high-end projects, consistency over time matters more than day-one appearance.

Read More: What Types of Looks Can Mbrico Tile Decks Achieve? (https://mbricotiledecks.com/2026/02/09/what-types-of-looks-can-mbrico-tile-decks-achieve/)

---

# The Bottom Line

**Choose Mbrico if:**

- The project demands long-term performance
- Wind uplift and structural integrity are critical
- The space is high traffic or high visibility
- You want a true system, not just a surface

**Choose Tile Tech if:**

- Speed and sticking with the familiar are the priority
- The project is lower risk from a performance standpoint
- Budget or install simplicity outweigh long-term considerations

---

# Final Perspective

Most elevated deck failures do not come from the material itself.

They come from the system, or lack of one.

**Mbrico** approaches decking as an engineered structure.
**Tile Tech** approaches it as a modular surface solution.

That difference defines performance, longevity, and risk.

If you are evaluating systems for an upcoming project, review the structural, wind, and long-term performance requirements first.

Then choose the system that is designed to meet them.

Read More: Mbrico Tile Decks vs Composite Decking (https://mbricotiledecks.com/2026/02/09/mbrico-tile-decks-vs-composite-decking/)



(https://mbricotiledecks.com/inspiration/novel-independence-club-tampa-fl/)

Novel Independence Club | Tampa, FL

# Contact Us

First Name*

Last Name*

Email*

I'd like to...*

Please Select

I am a...*

Please Select

I heard about Mbrico from...*

State*

Please Select

Country/region*

United States of America

Message*

protected by **reCAPTCHA**

Submit



# MBRICO FAQS



## MBRICO FAQS

**Mbrico FAQs Answered**




## What is Mbrico?

### Is Mbrico a decking system or just tile?

### How is Mbrico different from traditional porcelain tile?

### How is Mbrico different from composite decking?

### How is Mbrico different from wood decks like Ipe or cedar?

### Is Mbrico considered a structural system or a surface finish?

### What makes Mbrico a “system” rather than individual products?

### Where is Mbrico manufactured?

### Is Mbrico proprietary or patented?

### What types of projects is Mbrico best suited for?

## Performance & Safety

### Is Mbrico slippery when wet?

### Is Mbrico ADA compliant?

### Does Mbrico get hot in direct sunlight?

### Can Mbrico be used around pools?

### Is Mbrico freeze-thaw approved?

### Will Mbrico crack under normal use?

### What is the weight rating of Mbrico?

### Can Mbrico support grills and fire features?

### How does Mbrico handle water drainage?

### Is Mbrico safe for rooftop decks?

## Durability & Longevity

### Is Mbrico porcelain brittle?

### How long does an Mbrico deck last?

### Does Mbrico fade over time?

### Is Mbrico resistant to mold and mildew?

### Can insects damage Mbrico?

### Is Mbrico suitable for coastal environments?

### Will Mbrico warp or expand?

### Is Mbrico fire resistant?

### Are custom sizes available?

### How does Mbrico compare long-term to composite decking?

## Installation & Construction

### Who can install Mbrico?

### Can Mbrico be installed over existing structures?

### Does installation require special tools?

### How thick are Mbrico tiles?

### How does the pedestal system work?

### How are stairs and edges finished?

### Can Mbrico be installed on uneven surfaces?

### Can tiles be removed after installation?

### Does Mbrico require slope?

## Maintenance, Cost & Ownership

### How much maintenance does Mbrico require?

### Does Mbrico need to be sealed?

## How do you clean an Mbrico deck?

## How does Mbrico cost compare to composite or wood?

## Can I do a pattern?

## What is the lifetime cost of ownership?

## Does Mbrico include a warranty?

Yes. Mbrico offers manufacturer warranties covering material performance. Mbrico offers a fully transferable lifetime warranty and has been 3rd party tested for 60 year simulations.

*Read More: Mbrico Warranty* (https://mbricotiledecks.com/why-mbrico/warranty/)

## Can Mbrico increase home value?

## Is Mbrico environmentally friendly?

## Is Mbrico the last deck I'll ever build?

# EXHIBIT 3

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# DECK SYSTEM INSTALL



## ENGINEERED PORCELAIN DECK INSTALLATION FOR JOIST-FRAMED SYSTEMS

Mbrico deck systems are not installed like traditional decking or surface-level paver applications.

Built on a patented tongue-and-groove track system, each tile locks into place for precise alignment, structural stability, and consistent spacing without clips or guesswork.

---

PRINT PDF OF INSTRUCTIONS

**Joist Framed Install Summary Sheet**

# INSTALLATION OVER JOIST FRAMING.

20 MM THICKNESS PORCELAIN PAVERS

Mbrico tile combined with a **joist framed system** allows porcelain paving to be utilized with an existing or new construction **deck structure**. As long as the deck structure is constructed according to local codes (16" on center pressure treated lumber, for example), this decking application's reinforced porcelain tiles over tongue and groove aluminum tracks can be easily installed. This system is **one-of-a-kind and functional** for the design of any outdoor space.

## ADVANTAGES.

- TONGUE & GROOVE INSTALLATION
- NO GROUT, MORTAR OR SAND
- EASILY INSTALLED BY EXPERIENCED CREW
- INSTALLED ON CONVENTIONAL CODE FRAMING
- NO WOBBLE, MOVEMENT OR LIPPAGE

## LOCATIONS.

- RESIDENTIAL OR COMMERCIAL FRAMED DECKS
- OUTDOOR STAIRS
- COORDINATING PATIOS OR INTERIOR SPACES
- BALCONIES, LOW SLOPE FLAT ROOFS, PEDESTAL AREAS

## INSTALLATION OVER JOIST FRAMED DECKING

(Pedestrian Foot Traffic) TILE DECK SYSTEM WEIGHS 10-15 LBS/SF

**PRACTICAL INSTALLATION**

Follow the drawing below.

- Verify the deck frame is at least 1 5/8" below the adjoining doorway thresholds, or any other obstructions.
- Use the aluminum track to verify the deck is squared and flat. Shim any surface that is crowned.
- Place the protective butyl tape at all points where the deck and track will meet.
- Lay a single-sided L-Track to your starting edge. Ensure the first L-Track is parallel to the dwelling wall.
- Pre-drill holes into the L-Track at all points where the deck and aluminum framing will meet.
- Secure the L-Track to the joist with stainless screws.
- Place approximately a quarter-sized dab of adhesive onto the tracks where all four corners of the tile will sit.
- Place a row of tile at the designated location between both tracks.
- Use a rubber mallet or dead blow hammer to slide the tile and T-Track toward your previous track until all tile grooves are seated and the two tracks are snug and parallel.
- Pre-drill holes into the exposed side of the T-Track at all points where the deck and framing will meet. Secure the T-Track with stainless screws.
- Repeat steps above until complete: Place the T-Track 1/2" wider than the width of your tile away from the previous track. Place adhesive dab, place tile, and set with mallet or dead blow hammer until seated, snug, and parallel.




A REINFORCED PORCELAIN TILE
B TONGUE & GROOVE L-TRACK
C TONGUE & GROOVE T-TRACK
D DECK JOISTS

(https://mbricotiledecks.com/wp-content/uploads/2026/02/JOIST-FRAME-INSTALLATION-GUIDELINE-CUTAWAY.jpg)

---

**Joist Framed Install Tutorial Video**







(https://mbricotiledecks.com/wp-content/uploads/2026/05/finishes.png)

---

**Engineered Installation. Not Traditional Decking.**

Mbrico deck systems are not installed like composite decking, wood planks, or surface-level tile applications.

Built on a patented tongue-and-groove track system, each reinforced porcelain paver mechanically locks into place, creating a structurally aligned, self-spacing, and free-draining surface without clips, adhesives, or grout.

The result is a faster, cleaner, and more precise installation process designed for long-term performance.

**What Makes Mbrico Installation Different**

- No Hidden Fasteners or Clips

  - Tiles lock directly into the track system, eliminating reliance on concealed hardware
- Track-Based Installation
  - Patented tongue & groove track design prevents movement or lippage
- Self-Spacing System
  - Integrated spacing ensures consistent 1/8″ gaps on all four sides across the entire deck
- Grout-Free Construction
  - No mortar, thinset, or adhesives required at any stage
- Precision Track System
  - 12-foot aluminum tracks create straight, uniform installation lines
- Standard Framing Compatible
  - Installs over constructed wood, steel, or aluminum joists built to local code
- Optional Stair System
  - Pre-designed solution for seamless stair integration

---

**Deck Framing and Structure**

Ensure your deck framing meets or exceeds all local and national codes, including proper footings, structural attachment, and material quality.

Proper flashing and compatibility with surrounding materials are critical to ensuring long-term substructure performance.

**Layout and Installation**

Plan your layout in advance to minimize cuts and position partial tiles in less visible areas.

Installation follows a similar planning approach to interior tile, requiring coordination around stairs, edges, and penetrations such as railings.

**Deck Height and Weight**

The Mbrico system adds 1-5/8″ to deck height and 10.5 lbs per square foot to the structure.

Pre-existing framing built to code does not need enhancement. Ensure framing is designed accordingly.

**Easy Installation**

Mbrico systems are designed for skilled carpentry crews, deckbuilders, and landscapers using standard tools.

The tongue-and-groove track system simplifies alignment and placement, reducing guesswork while delivering a consistent, high-quality finished surface.

Once installed, the system requires no maintenance and eliminates the ongoing refinishing associated with wood, composite, or PVC decking.

**Design Goals**

Mbrico was engineered with two priorities:

1. Deliver a long-term, maintenance-free deck system that enhances property value
2. Simplify installation while maintaining precision and performance

ORDER SAMPLES

---

**Installation**

### Step 1: Verify the deck frame

### Step 2: Verify the deck is squared and flat

### Step 3: Place the protective tape

### Step 4: Place a single-sided L-Track

### Step 5: Pre-drill holes on L-Track

### Step 6: Secure L-Track to the joist

### Step 7: Place your T-Track

### Step 8: Place adhesive onto the track

Place a dab of the provided adhesive onto the track where all four corners of the tile will sit on track. The adhesive dab should be approximately the size of a quarter.

### Step 9: Place a row of Mbrico tiles

### Step 10: Seat tile with mallet or hammer

### Step 11: Pre-drill holes on T-Track

### Step 12: Secure T-Track to joist

**Step 13: Repeat steps 7-12**

**Step 14: Place the protective tape**

**Step 15: Cut and place final L-Track**

**Step 16: Pre-drill and secure final L-Track**

**Step 17: Place adhesive onto the track**

**Step 18: Slide Mbrico tile into designated location**

**Step 19: Repeat steps 15-18**

**Step 20: (If Obstruction) Cut bottom lip of last tile**

**Step 21: (If Obstruction) Apply adhesive, slide and place tile**

## CONTACT US

First Name*

Last Name*

Email*

I'd like to...*

Please Select

I am a...*

Please Select

I heard about Mbrico from...*

State*

Please Select

Country/region*

United States of America

Message*

protected by reCAPTCHA

Submit

### Step 14: Place the protective tape

### Step 15: Cut and place final L-Track

### Step 16: Pre-drill and secure final L-Track

### Step 17: Place adhesive onto the track

Place a dab of provided adhesive onto the track where all four corners of tile will sit on the tracks. Note: Process will be to apply four dabs of adhesive and slide the tile in.

### Step 18: Slide Mbrico tile into designated location

### Step 19: Repeat steps 15-18

### Step 20: (If Obstruction) Cut bottom lip of last tile

### Step 21: (If Obstruction) Apply adhesive, slide and place tile

## CONTACT US

**Step 14: Place the protective tape**

**Step 15: Cut and place final L-Track**

**Step 16: Pre-drill and secure final L-Track**

**Step 17: Place adhesive onto the track**

**Step 18: Slide Mbrico tile into designated location**

**Step 19: Repeat steps 15-18**

**Step 20: (If Obstruction) Cut bottom lip of last tile**

**Step 21: (If Obstruction) Apply adhesive, slide and place tile**

After applying adhesive on all four corners, slide the tile's groove into your previous track's tounge and gently place down the tile to rest on final L-Track.

# CONTACT US